UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>   v.                                     )<br>  )   Mag. No. 2:16-mj-164-JHR<br> MARAT MUSLIMOV,                  )<br> MELISSA VALLEY,                    )<br> DZIYANA BIRUK, a/k/a Diana Biruk  )<br> BRIAN DEHAHN,                      )<br>       Defendants                          ) | |

**JOINT MOTION FOR EXTENSION
OF DEADLINE TO FILE SUPPLEMENTAL MEMORANDUM**

The United States of America and Marat Muslimov, Melissa Valley, Dziyana Biruk (a/k/a Diana Biruk) and Brian Dehahn (hereinafter "Defendants"), through their undersigned counsel, hereby move that the Court enter an order under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), excluding the time that elapses between October 3, 2016 and October 31, 2016.  In support of this Motion, the parties state the following.

The Defendants were all arrested on a criminal complaint on August 24, 2016. Defendants Muslimov and Biruk appeared in the Eastern District of New York, and Defendants Valley and Dehahn appeared in the District of Maine. All but Defendant Muslimov were released on conditions. Earlier today, Defendant Muslimov filed a consent to formal detention based on the existence of a Department of Homeland Security Immigration Detainer placed on him.

The parties require additional time to share informal discovery on the charged allegations and determine if the matter may be resolved prior to indictment.

The interests of justice to be served by this requested exclusion of time outweigh the interest of the Defendants and the public in a speedy trial because in the absence of a speedy trial exclusion, the United States would be required to present this case for indictment by mid-October 2016.  Therefore, by the signature of their counsel below, the Defendants all waive their rights under the Speedy Trial Act to have this matter presented to a grand jury within 30 days of arrest.

WHEREFORE, the parties respectfully request that the Court enter an Order excluding the period of time between October 3, 2016 and October 31, 2016, from calculation under the provisions of the Speedy Trial Act.

| | |
|---|---|
| Dated: October 3, 2016 | /s/ Darcie N. McElwee<br>Assistant U.S. Attorney |
| Dated:  October 3, 2016 | /s/ Neale Duffett, Esq.<br>Attorney for Marat Muslimov |
| Dated:  October 3, 2016 | /s/ David J. Bobrow, Esq.<br>Attorney for Melissa Valley |
| Dated:  October 3, 2016 | /s/ Steve Zissou, Esq.<br>Attorney for Dziyana Biruk |
| Dated:  October 3, 2016 | /s/ James S. Hewes, Esq.<br>Attorney for Brian Dehahn |

# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

## CERTIFICATE OF SERVICE

      I certify that on October 3, 2016, I filed the foregoing Joint Motion to Exclude Time Under the Speedy Trial Act using the Court's CM/ECF system, which will cause a copy of the motion to be sent to the following:

    Neale Duffett, Esq.
    fortiera@ccdpa.com

    David J. Bobrow, Esq.
    djblaw@comcast.net

    Steve Zissou, Esq.
    stevezissou@stevezissouesq.com

    James S. Hewes, Esq.
    jhewes@maine.rr.com

                                  Respectfully submitted,

                                  Thomas E. Delahanty II
                                  United States Attorney

                                  /s/ Darcie N. McElwee
                                  Assistant U.S. Attorney