UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | No. 2:16-cr-177-NT |
| ) | |
| DZIYANA BIRUK, a/k/a Diana Biruk, ) | |
| ) | |
| Defendant ) | |

## DEFENDANT'S SENTENCING MEMORANDUM

**Summary**

A non-custodial sentence of probation and a nominal fine is an appropriate sentence based on the §3553(a) factors present in this case, including the nature and circumstances of the offense and Ms. Biruk's personal background and extraordinary acceptance of responsibility.

**PSR**

There are no objections to the presentence report and the parties agree that, as set forth in the report, the total offense level applicable to Ms. Biruk is 6 and her criminal history category is I. Accordingly, the advisory range is 0 to 6 months.

**Diana Biruk**

Since the PSR was prepared, Ms. Biruk, 29, relocated from Brooklyn to Manhattan and now lives with a roommate in the Financial District in Manhattan, New York. After starting at an entry level position for a small retail company, she is now the general manager, the highest-level position. Although her title is general manager, she is involved in every aspect of the business, including social media and public relations, creative projects and running their e-commerce (homeofthebravenyc.com). But she is hoping to be able to leave her day job to do more freelance

1

photography. She has signed with an ad agency, "Pursuit," located in Manhattan (https://agencyinpursuit.com). Ms. Biruk works exclusively with them as a photographer on creating social media and web content. The clients include Douglas Elliman and HAP Investments. Her other freelance jobs have been in the food and fashion/lifestyle industries.

It would be an understatement to say that this young woman works very hard and has done so for most of her life since coming to the United States almost 10 years ago. Regretfully, it is unlikely that she will be permitted to remain in the United States much longer. It is also no understatement to say that she deeply regrets her participation in the offenses that resulted in her conviction. Her dream had always been to live the American dream. The shortcut to legal status and citizenship, which she mindlessly agreed to take, has instead made it extremely unlikely, if not impossible. But while she faces and uncertain future, her work ethic and talent will make that future bright, wherever it might take her.

**Extraordinary Acceptance of Responsibility**

While she accepts full responsibility for her actions, the root of her downfall began, as they often do, with her relationship with Marat Muslimov. She fell in love with him but should have known better. It was Muslimov that encouraged her to engage in a sham marriage. And even after the scam fell apart, it took her some time to realize that he did not deserve her loyalty and devotion. The moment when it finally dawned on her was during a phone call with him while he was in jail. When Ms. Biruk expressed concern about her impending sentence and the possibility that she might receive a prison term, Muslimov's only reaction was to ask: "but who will send my stuff to Russia?"

The federal sentencing process requires that we begin with the properly calculated sentencing guidelines. Here that is 0 to 6 months. But these are just the start. The First Circuit regularly reminds us of the discretion afforded the sentencing court. Ultimately, "[t]here is no single reasonable sentence in any particular case but, rather, a universe of reasonable outcomes," *United States v. Walker*, 665 F.3d 212, 234 (1st Cir. 2011), and "[w]e generally respect the district court's sentence as long as the court has provided a plausible explanation, and the overall result is defensible," *United States v. Innarelli*, 524 F.3d 286, 292 (1st Cir. 2008); *United States v. Prosperi*, 686 F.3d 32, 43 (1st Cir. 2012)(J. Lipez).

As she told related during her presentence interview, Ms. Biruk "dreamed of living in America" when she was young and grew increasingly concerned that she would be unable to adjust her status. She now lives in a constant state of disbelief. But instead of surrendering to despair, she has worked that much harder.  Making every day count toward a better future.  In her heart, she no doubt holds strongly to the hope that perhaps there might be a way that her American dream might not become a nightmare.

In sum, a non-custodial sentence of is a sufficient but not greater than necessary sentence for Diana Biruk.

Dated: Friday, September 14, 2018

                                                Respectfully submitted,

                                                /s/
                                                Steve Zissou, Esq.
                                                Attorney for Dziyana Biruk

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

## CERTIFICATE OF SERVICE

I certify that on September 14, 2018, I filed the foregoing Sentence Memorandum by using the Court's CM/ECF system. Since the motion was filed under seal and without a docket entry, I also sent a copy by email to the attorney for the government, Darcie N. McElwee, AUSA, at her government email address of darcie.mcelwee@usdoj.gov.

                                      Respectfully submitted,

                                      /s/
                                      Steve Zissou, Esq.
                                       Attorney for Dziyana Biruk